## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
## Eastern Division

Dallas Buyers Club, LLC.
                            Plaintiff,

v.                                               Case No.: 1:14–cv–04006
                                                      Honorable Robert M. Dow Jr.

Does 1–36, et al.
                            Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 30, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr:Status hearing held on 9/30/2014. As discussed on the record, Plaintiff to filed a status report by 12/1/2014. Status hearing set for 12/2/2014 at 09:00 AM. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.